# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **ROOSEVELT WIGGINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CIV-14-103-R** |
| | ) | |
| **CAROL W. COLVIN,** | ) | |
| **Acting Commissioner,** | ) | |
| **Social Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This matter is before the Court on the Report and Recommendation from United States Magistrate Judge Shon T. Erwin entered August 15, 2016. Doc. No. 44. No objection to the Report and Recommendation has been filed nor has an extension of time been sought or granted. Therefore, the undersigned ADOPTS the Report and Recommendation in its entirety and GRANTS Plaintiff's Motion for Attorney Fees in the amount of $7,740.70. Further, if attorney fees are also awarded under 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel is to refund the smaller amount to Plaintiff. *Weakley v.* Bowen, 803 F.2d 575, 580 (10th Cir. 1986).

IT IS SO ORDERED this 30th day of August, 2016.

_David L. Russell_

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE